# Instructions for Filing
# 2015 U.S. Partnership Return of Income

June 2, 2016

**Signature:**
  A general partner or a limited liability company member should sign and date the return at the bottom of the first page.

**Due Date:**
  File your 2015 Form 1065 on or before:          April 18, 2016
    (Note: Your state return may be due on a different date. Please review your state filing instructions.)
  The IRS may treat tax returns that are lost in the mail as not filed on time, unless you send them by registered or certified mail.  To avoid the risk of your tax return being lost, mail it via (1) certified U.S. mail,  return receipt requested, or (2) one of the private delivery services listed in the IRS instructions under "When to File."  Save the receipt, and you will be presumed to have timely filed your return - even if it is not received by the IRS.

**Filing:**
  File your 2015 Form 1065, U.S. Partnership Return of Income, with:

        DEPARTMENT OF THE TREASURY
        INTERNAL REVENUE SERVICE CENTER
        Ogden, UT  84201-0011
  Prior to filing your return, make sure you have reviewed the return for omissions or misstatements of material information.

**Print Extra Copies For:**
  Partners:     Print an extra copy of the Schedules K-1 and partner transmittal letter to give to each of your partners.

  State Return:  Some state taxing agencies require that you attach a copy of your federal Form 1065 to your state partnership return. If your state requires a copy of the federal Form 1065, make sure an additional filing copy has been printed and attached to the state return.

  Your Records:  Always print an extra copy of your return for your records.

**Tax Due or Refund:**
  No tax is due with your Federal income tax return.

**Other Instructions:**
  Elections:    If you have completed any election forms, you will need to attach a copy of each to your return.

ptpw7801.SCR  04/30/15

| Form **1065** | | **U.S. Return of Partnership Income** | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2015, or tax year beginning _____, 2015, ending _____, 20 ___. ▶ Information about Form 1065 and its separate instructions is at *www.irs.gov/form1065*. | | **2015** |

| **A** Principal business activity | | Name of partnership | **D** Employer identification no. |
|---|---|---|---|
| Rental Real Estate | | the kirk llc | 552 |
| **B** Principal product or service | **Type or Print** | Number, street, and room or suite number. If a P.O. box, see the instructions. | **E** Date business started |
| hotel/apartments | | 57 w vine st | 03/04/14 |
| **C** Business code number | | City or town, state or province, country, and ZIP or foreign postal code | **F** Total assets (see the instrs) |
| 721100 | | tooele                                                          UT  84074 | $                    0. |

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return
**(6)** ☐ Technical termination — also check (1) or (2)

**H** Check accounting method: **(1)** ☒ Cash **(2)** ☐ Accrual **(3)** ☐ Other (specify) ▶ _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 2

**J** Check if Schedules C and M-3 are attached . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**Caution.** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

### INCOME

| | | |
|---|---|---|
| **1 a** Gross receipts or sales | **1a** | |
| **b** Returns and allowances | **1b** | |
| **c** Balance. Subtract line 1b from line 1a | **1c** | |
| **2** Cost of goods sold (attach Form 1125-A) | **2** | |
| **3** Gross profit. Subtract line 2 from line 1c | **3** | |
| **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | **4** | |
| **5** Net farm profit (loss) (attach Schedule F (Form 1040)) | **5** | |
| **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | **6** | |
| **7** Other income (loss) (attach statement) | **7** | |
| **8** **Total income (loss).** Combine lines 3 through 7 | **8** | |

### DEDUCTIONS (SEE INSTRS FOR LIMITATIONS)

| | | |
|---|---|---|
| **9** Salaries and wages (other than to partners) (less employment credits) | **9** | |
| **10** Guaranteed payments to partners | **10** | |
| **11** Repairs and maintenance | **11** | |
| **12** Bad debts | **12** | |
| **13** Rent | **13** | |
| **14** Taxes and licenses | **14** | |
| **15** Interest | **15** | |
| **16 a** Depreciation (if required, attach Form 4562) | **16a** | |
| **b** Less depreciation reported on Form 1125-A and elsewhere on return | **16b** | **16c** |
| **17** Depletion **(Do not deduct oil and gas depletion.)** | **17** | |
| **18** Retirement plans, etc. | **18** | |
| **19** Employee benefit programs | **19** | |
| **20** Other deductions (attach statement) | **20** | |
| **21** **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | **21** | |
| **22** **Ordinary business income (loss).** Subtract line 21 from line 8 | **22** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

▶ _____     ▶ _____
Signature of general partner or limited liability company member manager          Date

May the IRS discuss this return with the preparer shown below (see instrs)?   ☐ Yes   ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| | | | | |

Firm's name ▶ Self-Prepared                                   Firm's EIN ▶
Firm's address ▶ _____
                                                                Phone no.

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**          PTPA0112  08/03/15          Form **1065** (2015)

Form **1065** (2015) the kirk llc  552  Page **2**

| **Schedule B** | **Other Information** | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |
| **a** ☐ Domestic general partnership **b** ☐ Domestic limited partnership | | | |
| **c** ☐ Domestic limited liability company **d** ☒ Domestic limited liability partnership | | | |
| **e** ☐ Foreign partnership **f** ☐ Other ▶ | | | |
| **2** | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? | | X |
| **3** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If 'Yes,' attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership. | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If 'Yes,' attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership. | X | |
| **4** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (iv) below. | | X |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (v) below | | X |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Type of Entity | **(iv)** Country of Organization | **(v)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **5** | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | X |
| **6** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If 'Yes,' the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| **7** | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| **8** | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **9** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **10** | At any time during calendar year 2015, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If 'Yes,' enter the name of the foreign country. ▶ | | X |

PTPA0112 08/03/15  Form **1065** (2015)

Form **1065** (2015)  the kirk llc                                                             552        Page **3**

| **Schedule B** | **Other Information** *(continued)* |

|  | Yes | No |
|---|---|---|
| **11** At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If 'Yes,' the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions. |  | X |
| **12a** Is the partnership making, or had it previously made (and not revoked), a section 754 election? |  | X |
| See instructions for details regarding a section 754 election. |  |  |
| **b** Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If 'Yes,' attach a statement showing the computation and allocation of the basis adjustment. See instructions |  | X |
| **c** Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If 'Yes,' attach a statement showing the computation and allocation of the basis adjustment. See instrs |  | X |
| **13** Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ▶ ☐ |  |  |
| **14** At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? |  | X |
| **15** If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions ▶ |  |  |
| **16** Does the partnership have any foreign partners? If 'Yes,' enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ |  | X |
| **17** Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ |  |  |
| **18a** Did you make any payments in 2015 that would require you to file Form(s) 1099? See instructions | X |  |
| **b** If 'Yes,' did you or will you file required Form(s) 1099? | X |  |
| **19** Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return. ▶ |  |  |
| **20** Enter the number of partners that are foreign governments under section 892. ▶ |  |  |

**Designation of Tax Matters Partner** (see instructions)
Enter below the general partner or member-manager designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP ▶ | David carscadden | Identifying number of TMP ▶ | 396 |
|---|---|---|---|
| If the TMP is an entity, name of TMP representative ▶ |  | Phone number of TMP ▶ |  |
| Address of designated TMP ▶ | 4686 apopo rd |  |  |
|  | kapaa, HI 96746 |  |  |

PTPA0112  08/03/15                                                                      Form **1065** (2015)

Form **1065** (2015)  the kirk llc                                                                                                      552          Page **4**

| **Schedule K** | **Partners' Distributive Share Items** | | **Total amount** |
|---|---|---|---:|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 22) | **1** | |
| | **2** Net rental real estate income (loss) (attach Form 8825) | **2** | 31,872. |
| | **3 a** Other gross rental income (loss) ........ **3a** | | |
| | **b** Expenses from other rental activities (attach stmt) ...... **3b** | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | **3 c** | |
| | **4** Guaranteed payments | **4** | |
| | **5** Interest income | **5** | |
| | **6** Dividends: **a** Ordinary dividends | **6 a** | |
| | **b** Qualified dividends ........ **6b** | | |
| | **7** Royalties | **7** | |
| | **8** Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | **8** | |
| | **9 a** Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | **9 a** | |
| | **b** Collectibles (28%) gain (loss) ........ **9b** | | |
| | **c** Unrecaptured section 1250 gain (attach statement) ...... **9c** | | |
| | **10** Net section 1231 gain (loss) (attach Form 4797) | **10** | |
| | **11** Other income (loss) (see instructions)   Type ▶ | **11** | |
| **Deductions** | **12** Section 179 deduction (attach Form 4562) | **12** | |
| | **13 a** Contributions | **13 a** | |
| | **b** Investment interest expense | **13 b** | |
| | **c** Section 59(e)(2) expenditures:  **(1)** Type ▶ _____  **(2)** Amount ▶ | **13 c (2)** | |
| | **d** Other deductions (see instructions)  Type ▶ | **13 d** | |
| **Self-Employment** | **14 a** Net earnings (loss) from self-employment | **14 a** | |
| | **b** Gross farming or fishing income | **14 b** | |
| | **c** Gross nonfarm income | **14 c** | |
| **Credits** | **15 a** Low-income housing credit (section 42(j)(5)) | **15 a** | |
| | **b** Low-income housing credit (other) | **15 b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **15 c** | |
| | **d** Other rental real estate credits (see instructions)   Type ▶ | **15 d** | |
| | **e** Other rental credits (see instructions) ...... Type ▶ _____ | **15 e** | |
| | **f** Other credits (see instructions) ........ Type ▶ | **15 f** | |
| **Foreign Transactions** | **16 a** Name of country or U.S. possession ... ▶ _____ | | |
| | **b** Gross income from all sources | **16 b** | |
| | **c** Gross income sourced at partner level | **16 c** | |
| | Foreign gross income sourced at partnership level | | |
| | **d** Passive category ▶ _____ **e** General category ▶ _____ **f** Other ▶ | **16 f** | |
| | Deductions allocated and apportioned at partner level | | |
| | **g** Interest expense ▶ _____ **h** Other | **16 h** | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | **i** Passive category ▶ _____ **j** General category ▶ _____ **k** Other ▶ | **16 k** | |
| | **l** Total foreign taxes (check one):  ▶ Paid ☐  Accrued ☐ | **16 l** | |
| | **m** Reduction in taxes available for credit (attach statement) | **16 m** | |
| | **n** Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | **17 a** Post-1986 depreciation adjustment | **17 a** | 360. |
| | **b** Adjusted gain or loss | **17 b** | |
| | **c** Depletion (other than oil and gas) | **17 c** | |
| | **d** Oil, gas, and geothermal properties — gross income | **17 d** | |
| | **e** Oil, gas, and geothermal properties — deductions | **17 e** | |
| | **f** Other AMT items (attach stmt) | **17 f** | |
| **Other Information** | **18 a** Tax-exempt interest income | **18 a** | |
| | **b** Other tax-exempt income | **18 b** | |
| | **c** Nondeductible expenses | **18 c** | |
| | **19 a** Distributions of cash and marketable securities | **19 a** | |
| | **b** Distributions of other property | **19 b** | |
| | **20 a** Investment income | **20 a** | |
| | **b** Investment expenses | **20 b** | |
| | **c** Other items and amounts (attach stmt) | | |

**BAA**                                                                                                                                      Form **1065** (2015)

PTPA0134   08/03/15

Form **1065** (2015) the kirk llc 552 Page **5**

## Analysis of Net Income (Loss)

| | | | |
|---|---|---|---|
| **1** | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | 31,872. |

| **2** Analysis by partner type: | **(i)** Corporate | **(ii)** Individual (active) | **(iii)** Individual (passive) | **(iv)** Partnership | **(v)** Exempt Organization | **(vi)** Nominee/Other |
|---|---|---|---|---|---|---|
| **a** General partners | | 15,936. | 15,936. | | | |
| **b** Limited partners | | | | | | |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | **(a)** | **(b)** | **(c)** | **(d)** |
| **1** | Cash . . . . . . . . . . . . . . . . . . . | | 0. | | 0. |
| **2 a** | Trade notes and accounts receivable . . . . . | 0. | | 0. | |
| **b** | Less allowance for bad debts . . . . . . . . | 1,700. | -1,700. | 0. | 0. |
| **3** | Inventories . . . . . . . . . . . . . . . . . | | | | |
| **4** | U.S. government obligations . . . . . . . . . | | 0. | | 0. |
| **5** | Tax-exempt securities . . . . . . . . . . . . | | 0. | | 0. |
| **6** | Other current assets (attach stmt) . . . . . . . | | | | |
| **7 a** | Loans to partners (or persons related to partners) . . . | | 0. | | 0. |
| **b** | Mortgage and real estate loans . . . . . . . . | | 0. | | 0. |
| **8** | Other investments (attach stmt) . . . . . . . . | | | | |
| **9 a** | Buildings and other depreciable assets . . . . | 0. | | | |
| **b** | Less accumulated depreciation . . . . . . . . | 0. | 0. | | |
| **10a** | Depletable assets . . . . . . . . . . . . . | | | | |
| **b** | Less accumulated depletion . . . . . . . . . | | | | |
| **11** | Land (net of any amortization) . . . . . . . . | | 0. | | 0. |
| **12a** | Intangible assets (amortizable only) . . . . . . | 0. | | 0. | |
| **b** | Less accumulated amortization . . . . . . . . | 0. | 0. | | 0. |
| **13** | Other assets (attach stmt) . . . . . . . . . | | | | |
| **14** | Total assets . . . . . . . . . . . . . . . . | | -1,700. | | 0. |
| | **Liabilities and Capital** | | | | |
| **15** | Accounts payable . . . . . . . . . . . . . | | -1,700. | | -1,700. |
| **16** | Mortgages, notes, bonds payable in less than 1 year . . | | | | |
| **17** | Other current liabilities (attach stmt) . . . . . . . | | | | |
| **18** | All nonrecourse loans . . . . . . . . . . . . | | | | |
| **19a** | Loans from partners (or persons related to partners) . . | | | | |
| **b** | Mortgages, notes, bonds payable in 1 year or more . . | | | | |
| **20** | Other liabilities (attach stmt) . . . . . . . . . | | | | |
| **21** | Partners' capital accounts . . . . . . . . . . | | 0. | | 31,872. |
| **22** | Total liabilities and capital . . . . . . . . . | | -1,700. | | 30,172. |

### Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return
**Note.** The partnership may be required to file Schedule M-3 (see instructions).

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** | Net income (loss) per books . . . . . . . | 31,872. | **6** | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| **2** | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | | **a** Tax-exempt interest . $ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | | |
| **3** | Guaranteed pmts (other than health insurance) . . | | **7** | Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | | |
| **4** | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | | **a** Depreciation . . . $ _ _ _ _ _ _ _ _ _ _ _ | | |
| | **a** Depreciation . . . $ _ _ _ _ _ _ _ _ _ _ _ | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | **b** Travel and entertainment . . . $ _ _ _ _ _ _ _ _ _ _ _ | | **8** | Add lines 6 and 7 . . . . . . . . . . . . . . | | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | **9** | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 . . . . . . . . . . . . . | | 31,872. |
| **5** | Add lines 1 through 4 . . . . . . . . . . . . | 31,872. | | | | |

### Schedule M-2 Analysis of Partners' Capital Accounts

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** | Balance at beginning of year . . . . . . . | 0. | **6** | Distributions: **a** Cash . . . . . . . . . . | | |
| **2** | Capital contributed: **a** Cash . . . . . . | | | **b** Property . . . . . . . . . | | |
| | **b** Property . . . . . | | **7** | Other decreases (itemize): | | |
| **3** | Net income (loss) per books . . . . . . . | 31,872. | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| **4** | Other increases (itemize): | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | **8** | Add lines 6 and 7 . . . . . . . . . . . . . . | | |
| **5** | Add lines 1 through 4 . . . . . . . . . . . . | 31,872. | **9** | Balance at end of year. Subtract line 8 from line 5 . . | | 31,872. |

PTPA0134 08/03/15 Form **1065** (2015)

Form **8825**
(Rev December 2010)
Department of the Treasury
Internal Revenue Service

**Rental Real Estate Income and Expenses of a Partnership or an S Corporation**

► See instructions.
► Attach to Form 1065, Form 1065-B, or Form 1120S.

OMB No. 1545-1186

Name: the kirk llc

**Employer identification number:** 552

**1** Show the type and address of each property. For each rental real estate property listed, report the number of days rented at fair rental value and days with personal use. See instructions. See page 2 to list additional properties.

| | Physical address of each property — street, city, state, ZIP code | Type — Enter code 1-8; see page 2 for list | Fair Rental Days | Personal Use Days |
|---|---|---|---|---|
| **A** | 57 w vine st, tooele, UT 84074 | 8 hotel/apartment | 2,015 | 0 |
| **B** | | | | |
| **C** | | | | |
| **D** | | | | |

**Rental Real Estate Income**

| | | | Properties A | B | C | D |
|---|---|---|---|---|---|---|
| **2** | Gross rents | **2** | 234,436. | | | |
| | **Rental Real Estate Expenses** | | | | | |
| **3** | Advertising | **3** | 890. | | | |
| **4** | Auto and travel | **4** | 2,700. | | | |
| **5** | Cleaning and maintenance | **5** | 10,000. | | | |
| **6** | Commissions | **6** | | | | |
| **7** | Insurance | **7** | 14,000. | | | |
| **8** | Legal and other professional fees | **8** | 18,000. | | | |
| **9** | Interest | **9** | 12,539. | | | |
| **10** | Repairs | **10** | 20,875. | | | |
| **11** | Taxes | **11** | 18,445. | | | |
| **12** | Utilities | **12** | 39,600. | | | |
| **13** | Wages and salaries | **13** | 48,000. | | | |
| **14** | Depreciation (see instructions) | **14** | 1,770. | | | |
| **15** | Other (list) ► security | | 4,500. | | | |
| | managment | **15** | 11,245. | | | |
| **16** | Total expenses for each property. Add lines 3 through 15 | **16** | 202,564. | | | |
| **17** | Income or (Loss) from each property. Subtract line 16 from line 2 | **17** | 31,872. | | | |

| | | | |
|---|---|---|---|
| **18a** | Total gross rents. Add gross rents from line 2, columns A through H | **18a** | 234,436. |
| **18b** | Total expenses. Add total expenses from line 16, columns A through H | **18b** | -202,564. |
| **19** | Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental real estate activities | **19** | |
| **20a** | Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | **20a** | |
| **b** | Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed: | | |
| | **(1)** Name                **(2)** Employer identification number | | |
| **21** | Net rental estate income (loss). Combine lines 18a through 20a. Enter the result here and on: | **21** | 31,872. |
| | • **Form 1065 or 1120S:** Schedule K, line 2, or | | |
| | • **Form 1065-B:** Part I, line 4 | | |

BAA  **For Paperwork Reduction Act Notice, see the separate instructions.**   SPSZ0101  03/09/11   Form **8825** (12-2010)

**SCHEDULE B-1**
**(Form 1065)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Partners Owning 50% or More of the Partnership

▶ **Attach to Form 1065. See instructions.**

OMB No. 1545-0099

Name of partnership: the kirk llc

**Employer identification number (EIN):** 552

## Part I — Entities Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3a)

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |

## Part II — Individuals or Estates Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3b)

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| Garth l Jones | 267 | US | 50.0000 |
| David carscadden | 396 | US | 50.0000 |

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**

Schedule **B-1** (Form 1065) (12-2011)

PTPA1301    06/27/11

Form **4562**
Department of the Treasury
Internal Revenue Service (99)

**Depreciation and Amortization**
**(Including Information on Listed Property)**
► Attach to your tax return.
► Information about Form 4562 and its separate instructions is at *www.irs.gov/form4562*.

OMB No. 1545-0172
**2015**
Attachment Sequence No. **179**

Name(s) shown on return: the kirk llc
Identifying number: 552

Business or activity to which this form relates: Form 1065 Line 22

### Part I   Election To Expense Certain Property Under Section 179
*Note: If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---:|
| 1 | Maximum amount (see instructions) | **1** 500,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** 2,000,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | |
|---|---|---:|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** |
| 10 | Carryover of disallowed deduction from line 13 of your 2014 Form 4562 | **10** |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | **11** |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | **12** |
| 13 | Carryover of disallowed deduction to 2016. Add lines 9 and 10, less line 12 ► **13** | |

*Note: Do not use Part II or Part III below for listed property. Instead, use Part V.*

### Part II   Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | **14** |
| 15 | Property subject to section 168(f)(1) election | **15** |
| 16 | Other depreciation (including ACRS) | **16** |

### Part III   MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2015 | **17** |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ► ☐ | |

**Section B — Assets Placed in Service During 2015 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19 a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2015 Tax Year Using the Alternative Depreciation System**

| (a) Classification of property | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| 20 a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

### Part IV   Summary (See instructions.)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | **22** |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . **23** | |

BAA   For Paperwork Reduction Act Notice, see separate instructions.   FDIZ0812 10/27/15   Form **4562** (2015)

Form 4562 (2015)  the kirk llc  552  Page **2**

### Part V — Listed Property (Include automobiles, certain other vehicles, certain aircraft, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

#### Section A — Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

**24a** Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No  **24b** If 'Yes,' is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|

**25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) ... **25**

**26** Property used more than 50% in a qualified business use:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**27** Property used 50% or less in a qualified business use:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ........... **28**

**29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 ..................... **29**

#### Section B — Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|---|
| **30** | Total business/investment miles driven during the year (**do not** include commuting miles) | 11,000 | | | | | |
| **31** | Total commuting miles driven during the year | 11,000 | | | | | |
| **32** | Total other personal (noncommuting) miles driven | | | | | | |
| **33** | Total miles driven during the year. Add lines 30 through 32 | 22,000 | | | | | |

| | | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **34** | Was the vehicle available for personal use during off-duty hours? | | X | | | | | | | | | | |
| **35** | Was the vehicle used primarily by a more than 5% owner or related person? | X | | | | | | | | | | | |
| **36** | Is another vehicle available for personal use? | X | | | | | | | | | | | |

#### Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | | Yes | No |
|---|---|---|---|
| **37** | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | X | |
| **38** | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | X |
| **39** | Do you treat all use of vehicles by employees as personal use? | | X |
| **40** | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | X |
| **41** | Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) | | X |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles.*

### Part VI — Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|

**42** Amortization of costs that begins during your 2015 tax year (see instructions):

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**43** Amortization of costs that began before your 2015 tax year ........... **43**

**44** **Total.** Add amounts in column (f). See the instructions for where to report ........... **44**

FDIZ0812 10/27/15  Form **4562** (2015)

651113

☐ Final K-1      ☐ Amended K-1      OMB No. 1545-0123

**Schedule K-1**
**(Form 1065)** 
**2015**
For calendar year 2015, or tax
year beginning _____, 2015
ending _____,

Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Deductions, Credits, etc.**      ► See separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |

| 1 | Ordinary business income (loss) | 15 | Credits |
|---|---|---|---|
| 2 | Net rental real estate income (loss)   15,936. | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items  A  180. |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

**Part I   Information About the Partnership**

**A** Partnership's employer identification number
552

**B** Partnership's name, address, city, state, and ZIP code
the kirk llc
57 w vine st
tooele, UT 84074

**C** IRS Center where partnership filed return
Ogden, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E** Partner's identifying number
267

**F** Partner's name, address, city, state, and ZIP code
Garth l Jones
4686 apopo rd
kapaa, HI 96746

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner? . . . . . Individual

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . . . . . . . . . . . . . . . . . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):
| | Beginning | Ending |
|---|---|---|
| Profit | 50.00000 % | 50.00000 % |
| Loss | 50.00000 % | 50.00000 % |
| Capital | 50.00000 % | 50.00000 % |

**K** Partner's share of liabilities at year end:
Nonrecourse . . . . . . . . . . . . . . . $
Qualified nonrecourse financing . . . . . $
Recourse . . . . . . . . . . . . . . . . . $   -850.

**L** Partner's capital account analysis:
Beginning capital account . . . . . . . . $
Capital contributed during the year . . . $
Current year increase (decrease) . . . . $   15,936.
Withdrawals & distributions . . . . . . . $
Ending capital account . . . . . . . . . $   15,936.

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No
If 'Yes', attach statement (see instructions)

*See attached statement for additional information.

**F O R   I R S   U S E   O N L Y**

BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.      Schedule **K-1** (Form 1065) 2015

PTPA0312   07/22/15

Schedule K-1 (Form 1065) 2015    Garth l Jones    552    **Page 2**

**This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.**

| # | Item | Report on |
|---|------|-----------|
| 1 | **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows. | |
| | Passive loss | See the Partner's Instructions |
| | Passive income | Schedule E, line 28, column (g) |
| | Nonpassive loss | Schedule E, line 28, column (h) |
| | Nonpassive income | Schedule E, line 28, column (j) |
| 2 | **Net rental real estate income (loss)** | See the Partner's Instructions |
| 3 | **Other net rental income (loss)** | |
| | Net income | Schedule E, line 28, column (g) |
| | Net loss | See the Partner's Instructions |
| 4 | **Guaranteed payments** | Schedule E, line 28, column (j) |
| 5 | **Interest income** | Form 1040, line 8a |
| 6a | **Ordinary dividends** | Form 1040, line 9a |
| 6b | **Qualified dividends** | Form 1040, line 9b |
| 7 | **Royalties** | Schedule E, line 4 |
| 8 | **Net short-term capital gain (loss)** | Schedule D, line 5 |
| 9a | **Net long-term capital gain (loss)** | Schedule D, line 12 |
| 9b | **Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D Instructions) |
| 9c | **Unrecaptured section 1250 gain** | See the Partner's Instructions |
| 10 | **Net section 1231 gain (loss)** | See the Partner's Instructions |
| 11 | **Other income (loss)** | |
| | **Code** | |
| | A Other portfolio income (loss) | See the Partner's Instructions |
| | B Involuntary conversions | See the Partner's Instructions |
| | C Sec. 1256 contracts & straddles | Form 6781, line 1 |
| | D Mining exploration costs recapture | See Pub. 535 |
| | E Cancellation of debt | Form 1040, line 21 or Form 982 |
| | F Other income (loss) | See the Partner's Instructions |
| 12 | **Section 179 deduction** | See the Partner's Instructions |
| 13 | **Other deductions** | |
| | A Cash contributions (50%) | |
| | B Cash contributions (30%) | |
| | C Noncash contributions (50%) | |
| | D Noncash contributions (30%) | See the Partner's Instructions |
| | E Capital gain property to a 50% organization (30%) | |
| | F Capital gain property (20%) | |
| | G Contributions (100%) | |
| | H Investment interest expense | Form 4952, line 1 |
| | I Deductions — royalty income | Schedule E, line 19 |
| | J Section 59(e)(2) expenditures | See the Partner's Instructions |
| | K Deductions — portfolio (2% floor) | Schedule A, line 23 |
| | L Deductions — portfolio (other) | Schedule A, line 28 |
| | M Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| | N Educational assistance benefits | See the Partner's Instructions |
| | O Dependent care benefits | Form 2441, line 12 |
| | P Preproductive period expenses | See the Partner's Instructions |
| | Q Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| | R Pensions and IRAs | See the Partner's Instructions |
| | S Reforestation expense deduction | See the Partner's Instructions |
| | T Domestic production activities information | See Form 8903 Instructions |
| | U Qualified production activities income | Form 8903, line 7b |
| | V Employer's Form W-2 wages | Form 8903, line 17 |
| | W Other deductions | See the Partner's Instructions |
| 14 | **Self-employment earnings (loss)** | |
| | **Note.** If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE. | |
| | A Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| | B Gross farming or fishing income | See the Partner's Instructions |
| | C Gross non-farm income | See the Partner's Instructions |
| 15 | **Credits** | |
| | A Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| | B Low-income housing credit (other) from pre-2008 buildings | |
| | C Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| | D Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions |
| | E Qualified rehabilitation expenditures (rental real estate) | |
| | F Other rental real estate credits | |
| | G Other rental credits | |
| | H Undistributed capital gains credit | Form 1040, line 73; check box a |
| | I Biofuel producer credit | |
| | J Work opportunity credit | See the Partner's Instructions |
| | K Disabled access credit | |
| | L Empowerment zone employment credit | |
| | M Credit for increasing research activities | |
| | N Credit for employer social security and Medicare taxes | See the Partner's Instructions |
| | O Backup withholding | |
| | P Other credits | |
| 16 | **Foreign transactions** | |
| | A Name of country or U.S. possession | |
| | B Gross income from all sources | Form 1116, Part I |
| | C Gross income sourced at partner level | |
| | *Foreign gross income sourced at partnership level* | |
| | D Passive category | |
| | E General category | Form 1116, Part I |
| | F Other | |
| | *Deductions allocated and apportioned at partner level* | |
| | G Interest expense | Form 1116, Part I |
| | H Other | Form 1116, Part I |
| | *Deductions allocated and apportioned at partnership level to foreign source income* | |
| | I Passive category | |
| | J General category | Form 1116, Part I |
| | K Other | |
| | *Other information* | |
| | L Total foreign taxes paid | Form 1116, Part II |
| | M Total foreign taxes accrued | Form 1116, Part II |
| | N Reduction in taxes available for credit | Form 1116, line 12 |
| | O Foreign trading gross receipts | Form 8873 |
| | P Extraterritorial income exclusion | Form 8873 |
| | Q Other foreign transactions | See the Partner's Instructions |
| 17 | **Alternative minimum tax (AMT) items** | |
| | A Post-1986 depreciation adjustment | |
| | B Adjusted gain or loss | |
| | C Depletion (other than oil & gas) | See the Partner's Instructions and the Instructions for Form 6251 |
| | D Oil, gas, & geothermal — gross income | |
| | E Oil, gas, & geothermal — deductions | |
| | F Other AMT items | |
| 18 | **Tax-exempt income and nondeductible expenses** | |
| | A Tax-exempt interest income | Form 1040, line 8b |
| | B Other tax-exempt income | See the Partner's Instructions |
| | C Nondeductible expenses | See the Partner's Instructions |
| 19 | **Distributions** | |
| | A Cash and marketable securities | |
| | B Distribution subject to section 737 | See the Partner's Instructions |
| | C Other property | |
| 20 | **Other information** | |
| | A Investment income | Form 4952, line 4a |
| | B Investment expenses | Form 4952, line 5 |
| | C Fuel tax credit information | Form 4136 |
| | D Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| | E Basis of energy property | See the Partner's Instructions |
| | F Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | G Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | H Recapture of investment credit | See Form 4255 |
| | I Recapture of other credits | See the Partner's Instructions |
| | J Look-back interest — completed long-term contracts | See Form 8697 |
| | K Look-back interest — income forecast method | See Form 8866 |
| | L Dispositions of property with section 179 deductions | |
| | M Recapture of section 179 deduction | |
| | N Interest expense for corporate partners | |
| | O Section 453(l)(3) information | |
| | P Section 453A(c) information | |
| | Q Section 1260(b) information | |
| | R Interest allocable to production expenditures | See the Partner's Instructions |
| | S CCF nonqualified withdrawals | |
| | T Depletion information — oil and gas | |
| | U Reserved | |
| | V Unrelated business taxable income | |
| | W Precontribution gain (loss) | |
| | X Section 108(i) information | |
| | Y Net investment income | |
| | Z Other information | |

PTPA0312    07/22/15    Schedule **K-1** (Form 1065) 2015

Sch K-1,  Credit Details
**Sch K-1, Supporting Details**

## Form 8825 Rental Income/Loss Details
## For Reporting Purposes

hotel

| Property type: 8 Other | 15,936. |
|---|---|

Case 16-26470    Doc 2    Filed 07/26/16    Entered 07/26/16 17:45:54    Desc Main
the kirk llc          552          Document      Page 13 of 20                                    1

651113

☐ Final K-1  ☐ Amended K-1   OMB No. 1545-0123

**Schedule K-1 (Form 1065)** **2015**
For calendar year 2015, or tax year beginning _____, 2015 ending _____

Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

## Part I — Information About the Partnership

**A** Partnership's employer identification number
552

**B** Partnership's name, address, city, state, and ZIP code
the kirk llc
57 w vine st
tooele, UT 84074

**C** IRS Center where partnership filed return
Ogden, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II — Information About the Partner

**E** Partner's identifying number
-5396

**F** Partner's name, address, city, state, and ZIP code
David carscadden
4686 apopo rd
kapaa, HI 96746

**G** [X] General partner or LLC member-manager ☐ Limited partner or other LLC member

**H** [X] Domestic partner ☐ Foreign partner

**I1** What type of entity is this partner? Individual

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | 50.00000 % | 50.00000 % |
| Loss | 50.00000 % | 50.00000 % |
| Capital | 50.00000 % | 50.00000 % |

**K** Partner's share of liabilities at year end:
Nonrecourse . . . . . . . . . . $ _____
Qualified nonrecourse financing . . . $ _____
Recourse . . . . . . . . . . . . $ -850.

**L** Partner's capital account analysis:
Beginning capital account . . . . $ _____
Capital contributed during the year . $ _____
Current year increase (decrease) . $ 15,936.
Withdrawals & distributions . . . $ _____
Ending capital account . . . . . $ 15,936.

[X] Tax basis ☐ GAAP ☐ Section 704(b) book ☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes [X] No
If 'Yes', attach statement (see instructions)

## Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount | Box | Item | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) |  | 15 | Credits |  |
| 2 | Net rental real estate income (loss) | 15,936. |  |  |  |
| 3 | Other net rental income (loss) |  | 16 | Foreign transactions |  |
| 4 | Guaranteed payments |  |  |  |  |
| 5 | Interest income |  |  |  |  |
| 6a | Ordinary dividends |  |  |  |  |
| 6b | Qualified dividends |  |  |  |  |
| 7 | Royalties |  |  |  |  |
| 8 | Net short-term capital gain (loss) |  |  |  |  |
| 9a | Net long-term capital gain (loss) |  | 17 | Alternative minimum tax (AMT) items | A  180. |
| 9b | Collectibles (28%) gain (loss) |  |  |  |  |
| 9c | Unrecaptured section 1250 gain |  |  |  |  |
| 10 | Net section 1231 gain (loss) |  | 18 | Tax-exempt income and nondeductible expenses |  |
| 11 | Other income (loss) |  |  |  |  |
|  |  |  | 19 | Distributions |  |
| 12 | Section 179 deduction |  |  |  |  |
| 13 | Other deductions |  | 20 | Other information |  |
| 14 | Self-employment earnings (loss) |  |  |  |  |

*See attached statement for additional information.

For IRS Use Only

**BAA** For Paperwork Reduction Act Notice, see Instructions for Form 1065.  Schedule **K-1** (Form 1065) 2015

PTPA0312  07/22/15

Schedule K-1 (Form 1065) 2015    David carscadden    552    Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

| Code | Item | Report on |
|---|---|---|
| **1** | **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows. | |
| | Passive loss | See the Partner's Instructions |
| | Passive income | Schedule E, line 28, column (g) |
| | Nonpassive loss | Schedule E, line 28, column (h) |
| | Nonpassive income | Schedule E, line 28, column (j) |
| **2** | **Net rental real estate income (loss)** | See the Partner's Instructions |
| **3** | **Other net rental income (loss)** | |
| | Net income | Schedule E, line 28, column (g) |
| | Net loss | See the Partner's Instructions |
| **4** | **Guaranteed payments** | Schedule E, line 28, column (j) |
| **5** | **Interest income** | Form 1040, line 8a |
| **6a** | **Ordinary dividends** | Form 1040, line 9a |
| **6b** | **Qualified dividends** | Form 1040, line 9b |
| **7** | **Royalties** | Schedule E, line 4 |
| **8** | **Net short-term capital gain (loss)** | Schedule D, line 5 |
| **9a** | **Net long-term capital gain (loss)** | Schedule D, line 12 |
| **9b** | **Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D Instructions) |
| **9c** | **Unrecaptured section 1250 gain** | See the Partner's Instructions |
| **10** | **Net section 1231 gain (loss)** | See the Partner's Instructions |
| **11** | **Other income (loss)** | |
| | **Code** | |
| A | Other portfolio income (loss) | See the Partner's Instructions |
| B | Involuntary conversions | See the Partner's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Cancellation of debt | Form 1040, line 21 or Form 982 |
| F | Other income (loss) | See the Partner's Instructions |
| **12** | **Section 179 deduction** | See the Partner's Instructions |
| **13** | **Other deductions** | |
| A | Cash contributions (50%) | See the Partner's Instructions |
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | |
| E | Capital gain property to a 50% organization (30%) | |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions — royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Partner's Instructions |
| K | Deductions — portfolio (2% floor) | Schedule A, line 23 |
| L | Deductions — portfolio (other) | Schedule A, line 28 |
| M | Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| N | Educational assistance benefits | See the Partner's Instructions |
| O | Dependent care benefits | Form 2441, line 12 |
| P | Preproductive period expenses | See the Partner's Instructions |
| Q | Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| R | Pensions and IRAs | See the Partner's Instructions |
| S | Reforestation expense deduction | See the Partner's Instructions |
| T | Domestic production activities information | See Form 8903 Instructions |
| U | Qualified production activities income | Form 8903, line 7b |
| V | Employer's Form W-2 wages | Form 8903, line 17 |
| W | Other deductions | See the Partner's Instructions |
| **14** | **Self-employment earnings (loss)** | |

**Note.** If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| Code | Item | Report on |
|---|---|---|
| A | Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| B | Gross farming or fishing income | See the Partner's Instructions |
| C | Gross non-farm income | See the Partner's Instructions |
| **15** | **Credits** | |
| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | See the Partner's Instructions |
| B | Low-income housing credit (other) from pre-2008 buildings | |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| D | Low-income housing credit (other) from post-2007 buildings | |
| E | Qualified rehabilitation expenditures (rental real estate) | |
| F | Other rental real estate credits | |
| G | Other rental credits | |
| H | Undistributed capital gains credit | Form 1040, line 73; check box a |
| I | Biofuel producer credit | |
| J | Work opportunity credit | See the Partner's Instructions |
| K | Disabled access credit | |
| L | Empowerment zone employment credit | |
| M | Credit for increasing research activities | See the Partner's Instructions |
| N | Credit for employer social security and Medicare taxes | |
| O | Backup withholding | |
| P | Other credits | |
| **16** | **Foreign transactions** | |
| A | Name of country or U.S. possession | |
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at partner level | |
| | *Foreign gross income sourced at partnership level* | |
| D | Passive category | |
| E | General category | Form 1116, Part I |
| F | Other | |
| | *Deductions allocated and apportioned at partner level* | |
| G | Interest expense | Form 1116, Part I |
| H | Other | Form 1116, Part I |
| | *Deductions allocated and apportioned at partnership level to foreign source income* | |
| I | Passive category | |
| J | General category | Form 1116, Part I |
| K | Other | |
| | *Other information* | |
| L | Total foreign taxes paid | Form 1116, Part II |
| M | Total foreign taxes accrued | Form 1116, Part II |
| N | Reduction in taxes available for credit | Form 1116, line 12 |
| O | Foreign trading gross receipts | Form 8873 |
| P | Extraterritorial income exclusion | Form 8873 |
| Q | Other foreign transactions | See the Partner's Instructions |
| **17** | **Alternative minimum tax (AMT) items** | |
| A | Post-1986 depreciation adjustment | See the Partner's Instructions and the Instructions for Form 6251 |
| B | Adjusted gain or loss | |
| C | Depletion (other than oil & gas) | |
| D | Oil, gas, & geothermal — gross income | |
| E | Oil, gas, & geothermal — deductions | |
| F | Other AMT items | |
| **18** | **Tax-exempt income and nondeductible expenses** | |
| A | Tax-exempt interest income | Form 1040, line 8b |
| B | Other tax-exempt income | See the Partner's Instructions |
| C | Nondeductible expenses | See the Partner's Instructions |
| **19** | **Distributions** | |
| A | Cash and marketable securities | See the Partner's Instructions |
| B | Distribution subject to section 737 | |
| C | Other property | |
| **20** | **Other information** | |
| A | Investment income | Form 4952, line 4a |
| B | Investment expenses | Form 4952, line 5 |
| C | Fuel tax credit information | Form 4136 |
| D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| E | Basis of energy property | See the Partner's Instructions |
| F | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| G | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| H | Recapture of investment credit | See Form 4255 |
| I | Recapture of other credits | See the Partner's Instructions |
| J | Look-back interest — completed long-term contracts | See Form 8697 |
| K | Look-back interest — income forecast method | See Form 8866 |
| L | Dispositions of property with section 179 deductions | |
| M | Recapture of section 179 deduction | |
| N | Interest expense for corporate partners | |
| O | Section 453(l)(3) information | |
| P | Section 453A(c) information | |
| Q | Section 1260(b) information | |
| R | Interest allocable to production expenditures | See the Partner's Instructions |
| S | CCF nonqualified withdrawals | |
| T | Depletion information — oil and gas | |
| U | Reserved | |
| V | Unrelated business taxable income | |
| W | Precontribution gain (loss) | |
| X | Section 108(i) information | |
| Y | Net investment income | |
| Z | Other information | |

PTPA0312   07/22/15    Schedule **K-1** (Form 1065) 2015

Sch K-1, Credit Details
**Sch K-1, Supporting Details**

## Form 8825 Rental Income/Loss Details
## For Reporting Purposes

| hotel | |
|---|---:|
| Property type: 8 Other | 15,936. |

**Partnership Return Payment Coupon**　　　　　　　　　　　　　　　　　　　　　　　Intuit　**TC-544**

---

**SEPARATE AND RETURN ONLY THE BOTTOM PORTION WITH PAYMENT. KEEP TOP PORTION FOR YOUR RECORDS.**

---

UTPA0107   09/13/12

**TC-544** IN
Rev. 12/11

**Partnership Return Payment Coupon**

**Mail to: Utah State Tax Commission, 210 N 1950 W, SLC UT 84134-0270**

| Name of partnership | EIN |
|---|---|
| THE KIRK LLC | 552 |

| Address |
|---|
| 57 W VINE ST |

| City | State | Zip code |
|---|---|---|
| TOOELE | UT | 84074 |

Tax year ending (mm/dd/yyyy): 12312015

USTC Use Only

**PAR0007**

**Payment amount enclosed** $ 1594.00

**Make check or money order payable to the Utah State Tax Commission.
Do not send cash. Do not staple check to coupon. Detach check stub.**

# The Kirk Hotel & Apartments
## PROFIT AND LOSS
### May 1 - July 25, 2016

|  | TOTAL |
|---|---:|
| **Income** | |
| Rental Income | 25,441.00 |
| Sales | 82.72 |
| Services | 11,124.00 |
| **Total Income** | **$36,647.72** |
| **Expenses** | |
| Bank Charges | 211.00 |
| Commissions & fees | 140.35 |
| Office Expenses | 2,025.59 |
| Payroll | 2,200.00 |
| Repair & Maintenance | 4,470.65 |
| Uncategorized Expense | 10,545.92 |
| Utilities | 4,594.19 |
| **Total Expenses** | **$24,187.70** |
| **Net Operating Income** | **$12,460.02** |
| **Other Expenses** | |
| Kirk Tv | 251.31 |
| Miscellaneous | 3,000.00 |
| **Total Other Expenses** | **$3,251.31** |
| **Net Other Income** | **$ -3,251.31** |
| **Net Income** | **$9,208.71** |

Monday, Jul 25, 2016 04:12:19 PM PDT GMT-6 - Accrual Basis

# Profit and Loss

January - December 2016

|  | Total |
|---|---:|
| **INCOME** | |
| Rental Income | 76,672.80 |
| Sales | 971.73 |
| Services | 950.00 |
| Uncategorized Income | 0.50 |
| **Total Income** | **78,595.03** |
| **EXPENSES** | |
| Advertising | 3.00 |
| Bad Debt | 200.00 |
| Bank Charges | 228.00 |
| Commissions & fees | 183.80 |
| Credit Card Payment | 9,997.37 |
| Legal & Professional Fees | 124.49 |
| Office Expenses | 2,357.28 |
| Payroll | 7,865.63 |
| Repair & Maintenance | 6,467.22 |
| Telephone Expense | 920.87 |
| Travel | 2,567.60 |
| Uncategorized Expense | 35,075.08 |
| Utilities | 10,226.24 |
| WiFi/Website | 14.95 |
| **Total Expenses** | **76,231.53** |
| **NET OPERATING INCOME** | **2,363.50** |
| **OTHER EXPENSES** | |
| Miscellaneous | 1,882.62 |
| **Total Other Expenses** | **1,882.62** |
| **NET OTHER INCOME** | **-1,882.62** |
| **NET INCOME** | **$480.88** |

# Balance Sheet

As of December 31, 2016

|  | Total |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|       Basic Business Checking (XXXXX 6865) | -407.05 |
|       Business Statement Savings (XXXXXX 3082) | 50.07 |
|     **Total Bank Accounts** | **-356.98** |
|     **Accounts Receivable** | |
|       Accounts Receivable | 950.00 |
|     **Total Accounts Receivable** | **950.00** |
|     **Other current assets** | |
|       Uncategorized Asset | -50.07 |
|     **Total Other current assets** | **-50.07** |
|   **Total Current Assets** | **542.95** |
| **TOTAL ASSETS** | **$542.95** |
| **LIABILITIES AND EQUITY** | |
|   **Liabilities** | |
|   **Total Liabilities** | |
|   **Equity** | |
|     Opening Balance Equity | 62.07 |
|     Retained Earnings | |
|     Net Income | 480.88 |
|   **Total Equity** | **542.95** |
| **TOTAL LIABILITIES AND EQUITY** | **$542.95** |